

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-28-2011

# Wayne Smith v. Comm Social Security

Precedential or Non-Precedential: Precedential

Docket No. 09-2983

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"Wayne Smith v. Comm Social Security" (2011). *2011 Decisions.* Paper 1871.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/1871

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

January 10, 2011

No. 09-2983

WAYNE A. SMITH, Appellant

v.

COMMISSIONER OF SOCIAL SECURITY
(D.N.J. No. 2-08-cv-02875)

Present:  BARRY, CHAGARES and VANASKIE, Circuit Judges


Motion by Appellee to request publication of the opinion.


                                        Respectfully,
                                        Clerk/ARL/awi

**Opinion & Judgment filed 11/22/2010.**

**Mandate is to Issue on 01/13/2011.**
_____ORDER_____
The foregoing is GRANTED.


                              By the Court,

                              **/s/Maryanne Trump Barry**
                              Circuit Judge
Dated:   January 28, 2011